**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

v.                                    NO. 4:07CR00103 JLH

BARRY J. JEWELL

## ORDER

The government's motion to amend the Court's April 9, 2008, order is granted in part and denied in part. Document #94. The time within which the government must return the seized funds to the three accounts from which they were seized is extended up to and including Thursday, July 3, 2008. The government's request that the order be modified so as to allow the funds to be deposited into the trust account of one of Barry Jewell's attorneys is denied.

IT IS SO ORDERED this 22nd day of May, 2008.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE