**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                          PLAINTIFF

v.                                              NO. 4:07CR00103 JLH

BARRY J. JEWELL                                                                                         DEFENDANT

## ORDER

Barry Jewell has filed two documents entitled "Record of Discovery" listing documents that the United States Attorney's Office provided to comply with the Court's discovery order entered on February 8, 2008. *See* Documents #79 and #82. The United States has moved to strike those records of discovery. Jewell has objected to the motion to strike, saying that the records of discovery were filed as documentary proof of what was provided to Jewell as ordered by the Court. Without making any judgment on the issue of whether the records of discovery are accurate or inaccurate, the Court agrees with the government that the records of discovery should be stricken because they are unnecessary and unrelated to any pending motion. It is commonplace for parties producing documents to make records of what has been produced so that if an issue arises as to what was produced all of the parties have records by which the issue can be resolved. However, it is neither commonplace nor appropriate for those records of discovery to be filed with the Court unless they are relevant to a pending motion. The records of discovery in this case are not relevant to any pending motion, and there is no reason for them to be in the Court file. Therefore, the government's motion to strike is GRANTED. Document #92. The records of discovery filed as Documents #79 and #82 are stricken from the Court file.

IT IS SO ORDERED this 19th day of June, 2008.

                                                          _____
                                                          J. LEON HOLMES
                                                          UNITED STATES DISTRICT JUDGE