**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                        PLAINTIFF

v.                                         NO. 4:07CR00103 JLH

BARRY J. JEWELL                                                                DEFENDANT

## ORDER

Barry J. Jewell has filed two motions for a Rule 17(c) order for the production of records.

Documents #135 and #137.  Neither motion contains a statement by the moving party that the parties

have conferred in good faith on the specific issue or issues in dispute and that they are not able to

resolve their disagreements without the intervention of the Court.  Therefore, pursuant to Local Rule

7.2(g), both motions are summarily dismissed.

IT IS SO ORDERED this 29th day of July, 2008.


_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE