**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                      NO. 4:07CR00103 JLH

BARRY J. JEWELL                                                                              DEFENDANT

## ORDER

Pending before the Court is the government's Motion for Pretrial Hearing, to which the defendant states no objection. The motion is granted. Docket #169. The Court hereby schedules an omnibus hearing on all pretrial matters for ***2:00 p.m. on WEDNESDAY, AUGUST 27, 2008***, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, in Little Rock, Arkansas.

IT IS SO ORDERED this 15th day of August, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE