# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                PLAINTIFF

v.                NO. 4:07CR00103 JLH

BARRY J. JEWELL                DEFENDANT

## ORDER

For the reasons stated from the bench at the pretrial hearing on August 27, 2008, defendant's First Motion in Limine, Second Motion in Limine, Motion to Exclude Bobby Keith Moser's Testimony, Supplemental Motion to Exclude Testimony of Bobby Keith Moser, First Motion to Request of Internal Revenue Service Certified Tax Returns, and Motion to Produce FBI Field Notes are DENIED. Documents #118, #172, #176, #194, #196, and #201. The Court has reserved ruling on all other pending motions.

IT IS SO ORDERED this 28th day of August, 2008.

_J. Leon Holmes_
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE