**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                         NO. 4:07CR00103 JLH

BARRY J. JEWELL                                                                             DEFENDANT

**ORDER**

Walter Quinn's motion to quash or modify subpoena is GRANTED IN PART and DENIED IN PART. Document #221. The motion to quash is denied. The motion to modify subpoena is granted. Walter Quinn is ordered to provide a copy of the deposition or depositions of Debra Duree Jewell in *Jewell v. Quinn, et al.*, redacted so as to remove any personal financial information of Walter Quinn.

IT IS SO ORDERED this 9th day of September, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE