**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                           NO. 4:07CR00103 JLH

BARRY J. JEWELL                                                                               DEFENDANT

## ORDER

    Barry J. Jewell's Motion to Place Funds in Registry of Court and to Stay Fine is GRANTED. Document #305. The Clerk is authorized to receive the sum of $25,000.00 from Barry J. Jewell or Heather Michelle Jewell, Barry J. Jewell's wife. The Clerk must retain those funds in the registry of the Court pending further orders from the Court. Execution on the fine imposed in this case will be stayed upon the deposit of $25,000.00 into the registry of the Court.

    IT IS SO ORDERED this 26th day of June, 2009.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE