**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

BARRY J. JEWELL                                                                                          PETITIONER

v.                                              No. 4:07CR00103 JLH

UNITED STATES OF AMERICA                                                                        RESPONDENT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, Barry J. Jewell's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 is DENIED.  His motion is dismissed with prejudice.  No certificate of appealability will issue.

IT IS SO ORDERED this 26th day of May, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE