IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                        NO. 4:07CR00103 JLH

BARRY J. JEWELL                                                                              DEFENDANT

## ORDER

The joint motion for release of funds filed by Barry J. Jewell and Heather M. Jewell, *pro se*, is GRANTED. Document #334. The Clerk is directed to apply the $25,000.00 deposited into the registry of the Court, along with all interest earned thereon, toward the payment of the fine and costs assessed against Barry J. Jewell in this action.

IT IS SO ORDERED this 8th day of September, 2011.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE