## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

v.                             NO. 4:07CR00103 JLH

BARRY J. JEWELL                                                  DEFENDANT

### **ORDER**

Barry J. Jewell has filed a *pro se* motion asking the Court to direct the Clerk to credit his account with all interest earned on the $25,000 that was deposited into the registry of the Court on July 2, 2009. The Court has inquired of the Clerk, and the Clerk has notified the Court that the funds were not deposited into an interest-bearing account. Instead, they were deposited into a registry fund, which is not an interest-bearing account. The Court reviewed the motion filed by Barry J. Jewell on June 22, 2009, and it requested that the funds be placed in the registry of the Court but did not request that they be deposited into an interest-bearing account. The order granting that motion tracked the language of Jewell's motion and directed that the funds be deposited into the registry of the Court but did not order them to be placed in an interest-bearing account. Because the funds were not placed in an interest-bearing account, no interest accrued, so the motion is denied as moot. Document #340.

IT IS SO ORDERED this 29th day of September, 2011.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE