# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | NO. 4:07CR00103 JLH | |
| BARRY J. JEWELL | | DEFENDANT |

## ORDER

Without objection, Barry J. Jewell's motion for early termination of supervised release is granted. Document #346. Jewell is hereby released from supervision.

IT IS SO ORDERED this 9th day of October, 2012.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE